AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

v.

__Victor Hernandez__

COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: __06-804-MBB__

The defendant is charged with a violation of __21 & 18__ U.S.C. __846, 841 & 1956__ alleged to have been committed in the __Western__ District of __New York__.

Brief Description of Charge(s): __Pos. w/ intent to distribute and distribution of cocaine; Conducting financial trans interstate involving proceeds of unlawful distribution; transport/attempt to transport into US from places outside US funds intended to promote distribution of cocaine.__

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Crim.P. 40 having been completed.

__Nov. 22, 2006__
Date

__Marianne B. Bowler, USMJ__
Judicial Officer

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |